# UNITED STATES DISTRICT COURT
## Office of the Clerk
## District of Oregon

**NOTICE TO COUNSEL REGARDING
ASSIGNMENT OF PRESIDING JUDICIAL OFFICER**

**CASE NO: <u>04-CV-6105-TC</u>**                                            **March 26, 2004**

**TITLE: <u>Dee vs. Walsh Construction Co</u>**

**(a)** This case has been assigned to the United States Magistrate Judge named below for administration pursuant to 28 U.S.C. Sec. 636(b)(1) and Fed. R. Civ. P. 72, including all pretrial nondispositive matters. Pursuant to 28 U.S.C. Sec. 636(c) and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil jurisdiction in assigned cases and, <u>with the consent of the parties</u>, may also enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit Court of Appeals (instead of to a District Judge). If the parties do not consent, the case will be reassigned to a District Judge at a later time for trial and entry of final judgment.

We encourage the parties to consent to the jurisdiction of a U.S. Magistrate Judge over dispositive motions, trial, and entry of final judgment in this case by signing and filing a <u>Consent to Jurisdiction by a United States Magistrate Judge</u>, but there will be no adverse consequences for failure to file a Consent.

**(b)** The first two letters of the assigned judicial officer's last name must follow the case number on all future filings with the court.

| <u>Initials</u> | <u>Name of Assigned Judicial Officer</u> |
|---|---|
| **TC** | Honorable Thomas M. Coffin, U.S. Magistrate Judge |

**(b)** Questions relating to the status or scheduling of this case should be directed to the judge's courtroom deputy:

Christy Weller          (541) 465-6500          Christy_Weller@ord.uscourts.gov

**(c)** Docket related questions should be directed to the following civil docket clerk:

Laura Brinn          (541) 465-7536          Laura_Brinn@ord.uscourts.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

Dee,

                       **Plaintiff(s),**                       Civil No.04-CV-6105-TC

v.

**Walsh Construction Co,**                       **Discovery and Pretrial Scheduling Order**

                       **Defendant(s)**

---

      In order to facilitate and expedite discovery and the effective management of the instant action, the Court orders that:

      **(a)**    **Corporate Disclosure Statement:** In accordance with L.R. 83.16, any non-governmental corporate party must file a corporate disclosure statement concurrently with the filing of a first appearance.

      **(b)**    **Initial Conference of Counsel for Discovery Planning**: Except in cases exempted under Fed. R. Civ. P. 26(a)(1)(E), counsel for plaintiff(s), upon learning the identity of counsel for defendant(s), shall initiate communications with counsel for defendant(s). All counsel shall then confer as required by Fed. R. Civ. P. 26(f) within thirty (30) days after all defendants have been served (see Local Rule 26.1). In accordance with LR 16.2(b) and 16.4(c), counsel shall also discuss their client's positions regarding magistrate consent and Alternate Dispute Resolution options.

      If counsel for all of the parties agree to forgo the initial disclosures required by Fed. R. Civ. P. 26(a)(1), they can use the Court form issued with this order (See Local Rule 26.2). Whether or not the parties agree to forgo the initial disclosures, they may seek discovery once the initial conference of counsel for discovery planning contemplated by Fed. R. Civ. P. 26(f) has occurred (See Local Rule 26.1).

      **(c)**    **Rule 16(b) Court Conference for Scheduling and Planning:** Counsel for plaintiff(s) and for defendant(s) shall, during or promptly after the conference of counsel referred to in the prior paragraph, contact the assigned judge's deputy clerk and schedule a LR 16.2 conference for scheduling and planning, and the assigned judge shall hold the conference within thirty (30) days.

      At the conference, the parties shall be prepared to discuss any discovery, magistrate consent, scheduling or other issues presented by this action, including proposed modifications to the initial schedule set forth below (*See* LR 16.2).

(d)     **Pretrial and Discovery Deadlines:** Not later than 120 days from the date of this Order[1], counsel for all parties shall:

    (1)     File all pleadings [Fed. R. Civ. P. 7[a] and 15).
    (2)     Join all claims, remedies and parties (Fed. R. Civ. P. 18 and 19).
    (3)     File all pretrial, discovery and dispositive motions.
    (4)     Complete all discovery
    (5)     Confer as to Alternate Dispute Resolution (LR 16.4(c))

(e)     **Pretrial Order Deadline:** Unless waived by order of the court, not later than 150 days from the date of this Order[1], counsel shall lodge a joint Pretrial Order and shall also file the Joint Alternate Dispute Resolution Report required by LR 16.4(d).

(f)     **Service of this Order:** Counsel for the plaintiff shall serve this Order and attachments upon all other parties to the action.

(g)     **Electronic Filing:** Pursuant to the protocols established in the Courts CM/ECF Procedural Order, Attorneys[2] may file and serve pleadings, subsequent to the complaint, electronically using the Court's Case Management/Electronic Case Filing (CM/ECF) system. The CM/ECF Procedural Order may be reviewed on the Court's Internet site at www.ord.uscourts.gov/ecf/ecfman/UserManualAttorneyExhibit01.pdf.

**Dated: March 26, 2004 .**

                                        _/s/ L. Brinn_
                                        L. Brinn, Deputy Clerk

---

[1]     *Counsel are directed to the court's CM/ECF electronic docket to determine the exact dates established in paragraphs (d) and (e) of this order (See ecf-ord.uscourts.gov)*

[2]     *Electronic filing is limited to attorneys admitted to practice in the court and registered with the CM/ECF system (See LR 83.1, LR 83.2, LR 83.3).*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**Dee**

                                **Plaintiff(s),**                  Case No. 04-CV-6105-TC

v.

**Walsh Construction Co**                  **Fed. R. Civ. P. 26(a)(1) Agreement**

                                **Defendant(s)**

Pursuant to Local Rule 26.2[3], I state that the parties who have been served and are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1). The original of this Agreement will be filed with the Court, pursuant to Local Rule 26.2.

DATED this _____ day of _____, 20_____.

(Signature) _____

(Typed Name) _____ Bar ID No: _____

(Parties represented) _____

(Firm Name) _____

(Mailing Address) _____

_____

(Telephone Number) _____

cc:    **Counsel of Record**

---

[3]    *LR 26.2 as amended on December 1, 2000.*

**Revised December 1, 2000**                          **DISCOVERY & SCHEDULING ORDER**

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Dee,

                        **Plaintiff(s),**                  Civil Case No:04-CV-6105-TC

v.

Walsh Construction Co,                  **CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND DESIGNATION OF NORMAL APPEAL ROUTE**

                        **Defendant(s).**

---

Under Fed. R. Civ. P 73(b), I/we consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I/we understand that withholding consent will not result in any adverse consequences.

Under Fed. R. Civ. P. 73(c), I/we also understand that any appeal from a final order or judgment entered by a United States Magistrate Judge shall proceed directly to the Ninth Circuit Court of Appeals (and not to a District Judge).

DATED this _____ day of _____, 20_____.

        (Signature)         _____

        (Typed Name)       _____ Bar ID No: _____

        (Parties Represented) _____

        (Firm Name)         _____

        (Mailing Address)    _____

                                            _____

        (Telephone Number) _____

cc:     **Counsel of Record**

# US District Court – Oregon
# Time Table

| Local Rule | Description | # Days | Period Calculated From | Comment |
|---|---|---|---|---|
| LR 83.16 | Corporate Disclosure Statement | | Concurrent with party's first appearance | |
| LR 26.1 | Initial Conference for Discovery Planning | 30 | Service of last defendant | Held between parties |
| LR 16.2 | Rule 16(b) Conference | 30 | Initial Conference for Discovery Planning required by LR 26.1 | Held before assigned Judge - LR 26.1 |
| • LR 16.1(e)<br>• LR 16.4(c) | • Initial Case Scheduling Order- Discovery Completion<br>• ADR Conference | 120 | Filing of complaint | |
| • LR 16.1(e)<br>• LR 16.4(d) | • Lodge Pretrial Order<br>• File Joint Alternate Dispute Resolution Report | 150 | Filing of complaint | |
| LR 16.4(f)(1)(D) | Agree on Volunteer Mediator | 10 | Filing of Order directing case to mediation | If parties cannot agree, plaintiff's attorney must notify court who will designate mediator |
| LR 16.4(h)(1) | Notification of Court of results of ADR Settlement | 7 | Conclusion of private ADR | |
| LR 16.4(h)(2) | Notify Court if no settlement achieved | | Concurrent notification at conclusion of mediation | |