CLAY D. CREPS, OSB #92044
Email: clay.creps@bullivant.com
SETH ROW, OSB #02184
E-Mail: seth.row@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089
Telephone: (503) 228-6351
Facsimile: (503) 295-0915
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL DEE,** <br><br> Plaintiff, <br><br> v. <br><br> **WALSH CONSTRUCTION COMPANY,** an Oregon Corporation, <br><br> Defendant. | Civil No. 04-6105-HA <br><br> STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Fed R Civ P 41(a)(1), plaintiff and defendants, by and through their respective attorneys, hereby stipulate that plaintiff's claims

/ / /

/ / /

/ / /

/ / /

/ / /

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
(EXHIBIT A)
Page 1

against defendants are hereby dismissed with prejudice. Each party shall bear its own costs and fees.

IT IS SO STIPULATED:

LAFKY & LAFKY

By _____
LARRY L. LINDER, OSB #01072
Attorney for Plaintiff Michael Dee

BULLIVANT HOUSER BAILEY PC

By _____
CLAY D. CREPS, OSB #92044
SETH ROW, OSB #02184
Attorneys for Defendants Walsh Construction

IT IS SO ORDERED:

DATED: July 11, 2005    _____
                        US District Court Judge

10164543.1

Bullivant|Houser|Bailey PC
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
(EXHIBIT A)
Page 2